960

No. 92–963. MIX v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 92–965. GELB v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–978. BELLAMY v. COGDELL, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 92–984. DAILY GAZETTE CO., INC. v. HINERMAN. Sup. Ct. App. W. Va. Certiorari denied.

No. 92–985. GOLAND v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–994. WHITEHOUSE ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied.

No. 92–1147. OKOCHA v. CASE WESTERN RESERVE UNIVERSITY ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–1159. FAULKNER-KING v. WICKS ET AL. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 92–1164. GORDON v. CITY OF TULSA, OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 92–1165. SANDERS v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 92–1166. CARTER v. BALTIMORE CITY POLICE DEPARTMENT ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 92–1173. NATIONAL ADVERTISING CO. ET AL. v. CITY OF ROLLING MEADOWS, ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 92–1178. GAINES, INDIVIDUALLY AND AS NATURAL TUTRIX OF THE MINOR CHILD, GAINES v. CITY OF BATON ROUGE, LOUISIANA, ET AL. C. A. 5th Cir. Certiorari denied.